# IN THE UNITED STATES DISTRICT COURT
# FOR EASTERN DISTRICT OF VIRGINIA
## (Alexandria Division)

| | |
|---|---|
| UNITED STATES *EX REL.* UBL, | |
| *Qui Tam* Relator, | |
| v. | Civ. No. 1:06cv641LOG/TRJ |
| IIF DATA SOLUTIONS *ET AL.*, | |
| Defendants. | |

## **NOTICE OF APPEAL**

Notice is hereby given that Thomas Ubl, Relator in the above caption action, through his undersigned counsel, appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on or about October 27, 2009; from prior adverse Orders including but not limited to those dated on or about December 18, 2008; September 3, 2009; October 9, 2009; and October 26, 2009; and from evidentiary and other rulings and Orders during the trial of this matter (including but not limited to the admission of evidence of government knowledge, the admission of evidence of quality of performance, and the exclusion of experts).

Dated: November 9, 2009					Respectfully submitted,

Thomas M. Ubl
By Counsel

_____/s/_____
Stephen J. Stine, Esq.
Virginia Bar No. 66738
Michael S. Lieberman, Esq.
Virginia Bar No. 20035
**DiMuroGinsberg, P.C.**
908 King Street, Suite 200
Alexandria, Virginia 22314
Ph. (703) 684-4333
Fax (703) 548-3181

Victor A. Kubli, Esq. (*pro hac vice*)
Paula Goldman, Esq. (VSB No. 30575)
Kubli & Associates, P.C.
9081 Shady Grove Court
Gaithersburg, Maryland 20877
Ph. (703) 749-0000
Fax (703) 442-8672

*Counsel for Relator*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following counsel of record:

>Richard Sponseller
>United States Attorney's Office
>2100 Jamieson Ave.
>Alexandria, VA 22314
>
>Jason Workmaster
>McKenna Long & Aldridge LLP
>1900 K Street, NW
>Washington, DC 20006

>_____/s/_____
>Stephen J. Stine, Esq.
>Virginia Bar No. 66738
>*Counsel for Relator*
>**DIMUROGINSBERG, P.C.**
>908 King Street, Suite 200
>Alexandria, Virginia 22314
>Ph. (703) 684-4333
>Fax (703) 548-3181
>sstine@dimuro.com